USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2021

June 30, 2021

**Via ECF**
The Hon. Mary Kay Vyskocil, U.S.D.J.
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   **_D'Angelo v. Equifax Information Services et al_**
            **Case No. 21-cv-02833-MKV**
            _Joint Letter Motion for Two Day Adjournment of Due Date for Status Report_
            _Currently Due July 5, 2021_

Dear Judge Vyskocil:

This letter motion for a two day adjournment of the due date for the joint status report ("Status Report") described in Your Honor's June 21, 2021 Civil Case Management Plan and Scheduling Order ("Order") is respectfully submitted by all parties ("Parties").

Pursuant to the Order, Your Honor has required the Parties to "inform the Court by the close of business on July 5, 2021 by joint letter confirming that initial disclosures in contemplation of mediation . . . have been exchanged and the status, but not the substance of settlement discussions [and] whether [the Parties] request a referral to a mediator or Magistrate Judge to assist with settlement talks."

Due to conflicts, the July 5 national holiday, and the fact that Plaintiff is scheduled to have continued settlement discussions with two Defendants on Friday July 2 and possibly thereafter, the Parties jointly and respectfully request a two day extension, until the close of business on July 7, 2021, to file their Status Report. This is the first request for any adjournment of the due date for the Status Report by any party.

Thank you for your consideration.

                              Respectfully submitted on behalf all Parties,

                              _/s/ Brett D. Sherman_

                              Brett D. Sherman
                              Counsel for Plaintiff

---

**GRANTED. SO ORDERED.**

Date: 7/1/2021
New York, New York

_Mary Kay Vyskocil_
Mary Kay Vyskocil
United States District Judge