UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE D'ANGELO,<br><br>                              Plaintiff,<br><br>-against-<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; SEQUIUM ASSET SOLUTIONS, LLC; TRAN UNION LLC,<br><br>                              Defendants. | 1:21-cv-02833-MKV<br><br>ORDER OF DISMISSAL WITH RESPECT TO DEFENDANT EQUIFAX ONLY |

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter filed on behalf of Plaintiff and Equifax informing the Court that Plaintiff and Equifax have reached a settlement in principle [ECF No. 44]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued with respect to Defendant Equifax only without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **September 7, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: **July 23, 2021**
      **New York, NY**

                                  **MARY KAY VYSKOCIL**
                                  **United States District Judge**