USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALVATORE D'ANGELO,

                Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
SEQUIUM ASSET SOLUTIONS, LLC; TRAN
UNION LLC,

                Defendants.

1:21-cv-02833-MKV

ORDER OF DISMISSAL WITH
RESPECT TO DEFENDANTS
EXPERIAN AND TRANS UNION
ONLY

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of a letter filed on behalf of Plaintiff and Experian Information Services LLC [ECF No. 46] and Plaintiff and Trans Union LLC [ECF No. 47] informing the Court that Plaintiff and Experian and Trans Union have reached a settlement in principle.  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued with respect to Defendants Experian and Trans Union only without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **September 21, 2021**.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  **August 3, 2021**
       **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**