UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2021
```

SALVATORE D'ANGELO,

                Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
SEQUIUM ASSET SOLUTIONS, LLC; TRAN
UNION LLC,

                Defendants.

1:21-cv-02833-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a joint status report filed on behalf of Plaintiff Salvatore D'Angelo and Defendant Sequium Asset Solutions, LLC. [ECF No. 59]. The Parties are directed to appear, in person, for the previously scheduled status conference on November 3, 2021 at 10:30am in Courtroom 18C, 500 Pearl Street, New York, NY 10007. On or before November 1, 2021, the Parties shall file on ECF the transcript of Plaintiff's deposition.

**SO ORDERED.**

Date:  **October 27, 2021**
         **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**