UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2021
```

SALVATORE D'ANGELO,

                              Plaintiff,

                -against-

EQUIFAX INFORMATION SERVICES LLC, et al.,

                              Defendants.

1:21-cv-02833-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter filed by Plaintiff informing the Court that the remaining Defendant, Sequium Asset Solutions, LLC, has reached a settlement in principle with Plaintiff [ECF No. 61].  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by December 1, 2021.  If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).  The status conference scheduled for November 3, 2021 is adjourned *sine die*.

**SO ORDERED.**

Date:  **November 1, 2021**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**